DJG/2005R00258

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 05- 148(JAP) |
| | : | 8 U.S.C. § 1324(a)(1)(A)(v)(I) |
| v. | : | |
| NORIS ELVIRA ROSALES MARTINEZ, a/k/a "Noris Elvira Sandoval," ANA LUZ ROSALES MARTINEZ and NANCY FLORIDALMA ROSALES MARTINEZ | : | INDICTMENT |

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

From at least as early as July 2004 through in or about January 2005, in Hudson County, in the District of New Jersey, and elsewhere, defendants

NORIS ELVIRA ROSALES MARTINEZ,
a/k/a "Noris Elvira Sandoval,"
ANA LUZ ROSALES MARTINEZ and
NANCY FLORIDALMA ROSALES MARTINEZ,

knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did knowingly and willfully conspire and agree with others to conceal, harbor, and shield from detection, such aliens in any place, including a building, contrary to Title 8, United States Code, Section 1324(a)(1)(A)(iii).

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

A TRUE BILL

FOREPERSON

CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 05-_______

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

**NORIS ELVIRA ROSALES MARTINEZ, a/k/a "NORIS ELVIRA SANDOVAL,", ANA LUZ ROSALES MARTINEZ and NANCY FLORIDALMA ROSALES MARTINEZ**

## INDICTMENT FOR

8 U.S.C. § 1324 (a)(1)(A)(v)(I)

A True Bill,

[signature]

Foreperson

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

DEBORAH J. GANNETT
*ASSISTANT U.S. ATTORNEY*
*(973) 645-2781*

USA-48AD 8
(Ed. 1/97)