AO 245B (Mod. D/NJ 12/06) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

NORIS ELVIRA ROSALES MARTINEZ

Defendant.

Case Number    05CR148(JAP)-02

RECEIVED
JAN 7
AT 8:30
WILLIAM T. WALSH
CLERK

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, NORIS ELVIRA ROSALES MARTINEZ, was represented by Jean D. Barrett, Esquire (CJA appointed).

On motion of the United States the court has dismissed count(s) 2s, 4s-12s, 17s-30s.

The defendant pled guilty to count(s) 1, 3, & 31 of the Superseding Indictment on 08-03-06. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 371 (18 U.S.C. 1589 & 1590) | Conspiracy to Commit Forced Labor | From at least as early as in or about April 2003 and continuing until at least as on or about January 20, 2005 | 1s |
| 18 U.S.C. 1589 | Forced Labor | From at least as early as in or about April 2003 and continuing until at least as on or about January 20, 2005 | 3s |
| 8 U.S.C. 1324 (a)(1)(A)(iii) & (B)(1) | Harboring Illegal Aliens | From at least as early as in or about April 2003 and continuing until at least as on or about January 20, 2005 | 31s |

As pronounced on January 4th, 2007, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00 per count; total: $300.00, for count(s) 1s, 3s, & 31s, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

07728

Signed this the __4th__ day of January, 2008.

_____

JOEL A. PISANO
United States District Judge

07728

AO 245B (Mod. D/NJ 12/06) Sheet 2 - Imprisonment

Defendant:    NORIS ELVIRA ROSALES MARTINEZ
Case Number:  05CR148(JAP)-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 78 Months, consisting of 60 months on count 1s; 78 months on counts 3s & 31s; all terms to run concurrently.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ To _____

At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Judgment – Page 4 of 5

Defendant:      NORIS ELVIRA ROSALES MARTINEZ
Case Number:   05CR148(JAP)-02

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years per count; each count to run concurrently.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page).

Based on information presented, the defendant is excused from the mandatory drug testing provision, however, may be requested to submit to drug testing during the period of supervision if the probation officer determines a risk of substance abuse.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and shall comply with the following special conditions:

The defendant shall cooperate with Immigration and Customs Enforcement to resolve any problems with her status in the United States. The defendant shall provide truthful information and abide by the rules and regulations of Immigration and Customs Enforcement. If deported, the defendant shall not re-enter the United States without the written permission of the Attorney General. If the defendant re-enters the United States, she shall report in person to the nearest U.S. Probation Office within 48 hours.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Judgment – Page 5 of 5

Defendant:      NORIS ELVIRA ROSALES MARTINEZ
Case Number:    05CR148(JAP)-02

## STANDARD CONDITIONS OF SUPERVISED RELEASE

While the defendant is on supervised release pursuant to this Judgment:

1)  The defendant shall not commit another federal, state, or local crime during the term of supervision.

2)  The defendant shall not illegally possess a controlled substance.

3)  If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4)  The defendant shall not leave the judicial district without the permission of the court or probation officer.

5)  The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

6)  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7)  The defendant shall support his or her dependents and meet other family responsibilities.

8)  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9)  The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____
                      Defendant                                          Date

_____
U.S. Probation Officer/Designated Witness                    Date

AO 245B (Mod. D/NJ 12/06) Attachment - Statement of Reasons

Defendant:      NORIS ELVIRA ROSALES MARTINEZ
Case Number:   05CR148(JAP)-02

## STATEMENT OF REASONS
### (NOT FOR PUBLIC DISCLOSURE)

The Court adopts the presentence investigation report without change.

No count of conviction carries a mandatory minimum sentence.

**Advisory Guideline Range Determined by the Court:**
Total Offense Level:                26
Criminal History Category           I
Imprisonment Range:                 78 months to 97 months
Supervised Release Range:           2 to 3 years
Fine Range:                         $15,000.00 to $150,000.00

The fine is waived because of the defendant's inability to pay.

Restitution Not Applicable.

The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

Defendant's SSN: None
Defendant's Date of Birth: 09-06-1975
Defendant's address: Monmouth County Correctional Institution, One Waterworks Road, PO Box 5007, Freehold, NJ 07728